**DENY; and Opinion Filed April 22, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00437-CV

### IN RE JAMES MCCOY, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13955-B**

## MEMORANDUM OPINION

Before Justices Moseley, Fillmore, and Evans
Opinion by Justice Fillmore

Relator filed a petition for writ of mandamus in which he contends the trial court has violated a ministerial duty by failing to rule on his motion to compel service of process on William Hill. By order dated April 9, 2014, the Court requested and received a clerk's record from the trial court. The clerk's record reflects that the trial court issued citation to William Hill on January 7, 2014, at the address reflected in the amended petition filed by relator in the trial court. The clerk's record further reflects that the sheriff of Dallas County filed a return of service indicating that citation could not be served on William Hill because he no longer worked at the listed address. Because the trial court has taken the action relator has requested, the issue presented in relator's petition for writ of mandamus is moot. *In re Kellogg Brown & Root, Inc.*, 166 S.W.3d 732, 737 (Tex. 2005) ("A case becomes moot if a controversy ceases to exist between the parties at any stage of the legal proceedings."); *State Bar of Tex. v. Gomez*, 891 S.W.2d 243, 245 (Tex. 1994) (stating that, for a controversy to be justiciable, there must be a real

controversy between the parties that will be actually resolved by the judicial relief sought); *Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (court will not issue mandamus if it would be useless or unavailing).  Accordingly, the Court **DENIES** the petition for writ of mandamus.


/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE


140437F.P05